AO 440 (Rev. 06/12)  Summons in a Civil Action

FILED          RECEIVED
ENTERED        SERVED ON
COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT

APR 12 2024

for the

District of Nevada

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

| | |
|---|---|
| EDRINNA MOOSMAN | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| FRONTIER AIRLINES, a corporation doing business in | ) |
| Nevada;Certified Aviation Specialists, a Corporation doing | ) |
| business in Nevada, FLORA MASSEY, an individual  and | ) |
| DOES 1-50 inclusive, | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action N

## 2:24-cv-00720-GMN-EJY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

FRONTIER Airlines, Inc., 112 N. Curry Street, Carson City, NV 89703

Certified Aviation Specialists, 112 N. Curry Street, Carson City, NV 89703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: