UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         APR 12 2024

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

I, __Edrinna Moosman__ , am representing myself and
  (Print Full Name)

consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: __4/12/24__        Signature: __[signed]__

Email Address (Please print legibly):
__edrinnam@gmail.com__

Confirm Email Address:
__edrinnam@gmail.com__

Mailing Address:
__9771 Silver Dew St Las Vegas, NV 89183__

Telephone Number:
__618 743 1077__

2:24-cv-00720-GMN-EJY